465 A.2d 635

## In the Matter of the ADOPTION OF L.M.C. and M.B.C.C.

## Appeal of CHILDREN'S SERVICES OF ERIE COUNTY.

Supreme Court of Pennsylvania.

Argued Sept. 12, 1983.
Decided Sept. 20, 1983.

William A. Dopierala, Erie, for appellant.

Melvin Toran, Northwestern Legal Services, Erie, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

The Order of the Superior Court and the decree of the Court of Common Pleas of Erie County are vacated and the matter is remanded to the Court of Common Pleas for consideration in light of *Santosky v. Kramer,* 455 U.S. 745, 102 S.Ct. 1388, 71 L.Ed.2d 599 (1982). If, on remand, the court determines that the statutory basis for termination has been shown by clear and convincing evidence, it shall reinstate its decree.